FILED

2024 SEP 16  AM II: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

David Anthony Carmiol
8645 Cypress Ave,
South Gate, CA 90280.
Pro Se: 1-(213) 456-0903

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

DAVID ANTHONY CARMIOL

               Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA,

"The Court"

               Defendant,

Case:2:24-CV-03186-MEMF-BFM

Notice of motion for summary judgment and conclusion of law. [written motion]

The motion is made on the grounds that there is no issue of fact as to liability and plaintiff is entitled to judgment as a matter of law.

By Federal rule 12(c); Motions for judgment on the pleadings may be "converted" into summary judgment, after 60 days notice.

PAGE 1 OF 3

Plaintiff moves the court for effects of the motion and lawful conclusion to Federal rule 56(e) for "failing to properly support or address a fact" as required by Federal rule 56(c).

"Statement of Uncontroverted Facts and Conclusion of Law"

& proposed Judgment.

[As provided on the original pleadings, for this money claim.]

UNCONTROVERTED FACTS

1. Legal issue: At Judgment, is deemed admitted.

2. Paragraphs: 1-8 and all statements of fact be admitted as true and correct.

3. Plaintiff is a U.S. citizen and defendant is the trier of fact. The Judge.

Based on the forgoing uncontroverted facts the following conclusions of law
should be made.


## CONCLUSION OF LAW


1. The Court has subject matter jurisdiction, pursuant to 42 U.S.C. § 1983,
   where section 1983 claims for money, (even nominal damages) is
   sufficient to establish ARTICLE III standing and defeat mootness.


2. Plaintiff is entitled to prejudgment interest at the statutory rate, from
   commencement of suit.


3. Judgment should be entered in plaintiffs favor forthwith.


I declare under penalty of perjury that the forgoing is true and correct.


Dated: _10/03/2024_                    Signed: _____

                                       David A Carmiol: In Pro-Se